IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FADDIS SANDERS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0091-M |
| MICHAEL J. ASTRUE,<br>Commission of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Faddis Sanders and against Defendant Michael J. Astrue.

DONE this 5th day of August, 2010.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE