IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FADDIS SANDERS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0091-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's counsel, William T. Coplin, Jr., be **AWARDED** an EAJA attorney's fee in the amount of $1,473.99.

DONE this 9th day of September, 2010.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE